# UNITED STATES DISTRICT COURT
## for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>ZACHARY AARON NAYLOR | )<br>)<br>)<br>)   Case No:   5:12-CR-105-2F<br>)<br>)   USM No:   56452-056 |

Date of Original Judgment:         May 14, 2013
Date of Previous Amended Judgment: _____         )   William Woodward Webb, Jr.
*(Use Date of Last Amended Judgment if Any)*                 *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
     ☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 210 _____ months **is reduced to** 169 months. _____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated May 14, 2013 _____
shall remain in effect. **IT IS SO ORDERED.**

Order Date:   5/9/16 _____         *James C. Fox* _____
                           *Judge's signature*

Effective Date:   November 1, 2015 _____         James C. Fox, Senior U.S. District Judge _____
         *(if different from order date)*                 *Printed name and title*

EDNC Rev. 11/8/2011